AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

CHARLES CARLISLE vs. CITY OF NEW YORK, ET AL.    Case Number: 07 CV 6350 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
CITY OF NEW YORK and POLICE COMMISSIONER RAYMOND KELLY

I certify that I am admitted to practice in this court.

| 8/13/2007 | [signature] |
|---|---|
| Date | Signature |
| | ANNA NGUYEN — AN6973 |
| | Print Name / Bar Number |
| | NYC LAW DEPARTMENT, 100 CHURCH ST. |
| | Address |
| | NEW YORK / NY / 10007 |
| | City / State / Zip Code |
| | (212) 788-0971 / (212) 788-9776 |
| | Phone Number / Fax Number |